IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSE WILLIAMS                                                                                       PLAINTIFF

v.                                     NO. 5:16-cv-00083 JM/PSH

AMANDA JANE KING                                                                          DEFENDANT

## FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following proposed Findings and Recommendation have been sent to United States District Judge James M. Moody, Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection, and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

## FINDINGS AND RECOMMENDATION

Plaintiff Jose Williams ("Williams") commenced the case at bar by filing a complaint pursuant to 42 U.S.C. 1983 and joining Amanda Jane King ("King") as the sole defendant. Williams has now filed the pending motion to dismiss his claim against King. See Document 29. King has no objection to Williams' motion. The undersigned has no reason to doubt the voluntariness of Williams' motion, and it is recommended that the motion be granted. Williams' complaint should be dismissed without prejudice, and judgment should be entered for King. The motion for summary judgment previously filed by King should now be denied as moot. See Document 19. The undersigned certifies that an in forma pauperis appeal taken from the order and judgment dismissing this case would be frivolous and not in good faith.

DATED this 28th day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE