**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

JOSE WILLIAMS                                                                                               PLAINTIFF

NO. 5:16-cv-00083 JM

AMANDA JANE KING                                                                                   DEFENDANT

**ORDER**

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. No objections have been filed. After a careful, de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion to dismiss filed by plaintiff Jose Williams is granted. See Document 29. His complaint is dismissed without prejudice, and judgment will be entered for defendant Amanda Jane King ("King"). The motion for summary judgment previously filed by King is denied as moot. See Document 19. The Court certifies that an in forma pauperis appeal taken from the order and judgment dismissing this case would be frivolous and not in good faith.

IT IS SO ORDERED this 16th day of December, 2016.

UNITED STATES DISTRICT JUDGE